United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRAE WILLIAMS,
Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
Defendant.

Case No. 26-cv-04032-CRB

**ORDER DENYING SECOND MOTION TO PROCEED IN FORMA PAUPERIS**

After the Court denied his motion to proceed in forma pauperis ("IFP"), Plaintiff filed an affidavit of financial hardship, which the Court will review as a renewed IFP motion. Affidavit (dkt. 8). But his new affidavit fails to address the reasons for the Court's prior denial.

In addition to claiming under penalty of perjury that he did not have any monthly expenses, Plaintiff previously noted "that he is unemployed, has no income source, owns no home or vehicle, has no bank account or cash, [and] possesses no assets or debt." First IFP Motion (dkt. 2). Now, Plaintiff still represents that he has zero assets or cash. Affidavit at 2. But this time, Plaintiff states that he has $1,550 in monthly expenses. Id. The Court still does not have information on how Plaintiff is able to pay for these expenses if he claims to have no income or assets. Moreover, Plaintiff does separately indicate that he has "available resources" for his basic living expenses but declines to say what they are. Id.

Without information on what assets or income Plaintiff possesses, the Court cannot ascertain whether he qualifies for IFP status. The Court reminds Plaintiff that his

United States District Court
Northern District of California

declarations are made under the penalty of perjury and it is vital that he provide the Court with an accurate accounting of his situation. Accordingly, the Court **DENIES** Plaintiff's motion without prejudice. Plaintiff may file an additional motion or affidavit within 14 days of this order.

**IT IS SO ORDERED.**

Dated: August 28, 2026

CHARLES R. BREYER
United States District Judge